**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 584 MAL 2021

            Respondent             :

            :    Petition for Allowance of Appeal
            :    from the Order of the Superior Court
            v.                :

            :

GARY EDWARD KESNER,          :

            :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.